## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BLACK ROCK BREWING COMPANY, *et al.*, | : : : | |
| Plaintiffs, | : : | No.: 3:25-CV-01671 |
| v. | : : | |
| CITY OF POTTSVILLE, *et al.*, | : : | |
| Defendants. | : : : | |

## DEFENDANTS' MOTION TO DISMISS
## PLAINTIFFS' FIRST AMENDED COMPLAINT

Defendants City of Pottsville, City Council for City of Pottsville, Justin Trefsger, Tom Palamar, Mark Atkinson, City Councilman, Bill Messaros, City Councilman, Dorothy Botto, City Councilperson, Barry Dewitt, City Councilperson, and David Clews (collectively, "Pottsville Defendants"), by and through their counsel, Siana Law, LLP, hereby files this Motion to Dismiss Plaintiffs' First Amended Complaint (ECF Doc. 6) pursuant to Fed. R. Civ. P. 12(b)(6), with the brief supporting this Motion to be filed within fourteen (14) days after filing pursuant to LR 7.5.

        Respectfully submitted,

        **SIANA LAW**

By:    ***/s/ Eric M. Brown***
        Eric M. Brown, Esquire, ID No. 204551
        Robert T. Sing, Esquire, ID No. 327571
        *Attorneys for Pottsville Defendants*
        941 Pottstown Pike, Suite 200
        Chester Springs, PA 19425
        (P): 610.321.5500 (F): 610.321.0505
        embrown@sianalaw.com
        rtsing@sianalaw.com

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLACK ROCK BREWING COMPANY, *et al.*, | : |
| Plaintiffs, | : No.: 3:25-CV-01671 |
| v. | : |
| CITY OF POTTSVILLE, *et al.*, | : |
| Defendants. | : |

### CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on this date a true and correct copy of the Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint was served upon the following via ECF:

> Stephen T. Carpenito, Esquire
> 200 Mahatongo Street
> Pottsville, PA 17901
> Stephen@Carpenitolaw.com

Respectfully submitted,

**SIANA LAW**

Date: November 18, 2025    By:   */s/ Eric M. Brown*
Eric M. Brown, Esquire, ID No. 204551
Robert T. Sing, Esquire, ID No. 327571
*Attorneys for Pottsville Defendants*
941 Pottstown Pike, Suite 200
Chester Springs, PA 19425
(P): 610.321.5500 (F): 610.321.0505
embrown@sianalaw.com

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BLACK ROCK BREWING COMPANY, *et al.*, | : : : | |
| Plaintiffs, | : : | No.: 3:25-CV-01671 |
| v. | : : : | |
| CITY OF POTTSVILLE, *et al.*, | : : | |
| Defendants. | : : | |

## **CERTIFICATE OF NONCURRENCE**

The undersigned counsel hereby certifies that counsel for the Pottsville Defendants sought concurrence in their Motion to Dismiss Plaintiffs' First Amended Complaint (ECF Doc. 6) under LR 7.1, via email on November 17, 2025 and telephone on November 18, 2025, and Plaintiffs did not concur with the Motion to Dismiss Plaintiffs' First Amended Complaint.

Respectfully submitted,

**SIANA LAW**

Date: November 18, 2025       By:    ***/s/ Eric M. Brown***
                                                        Eric M. Brown, Esquire, ID No. 204551
                                                        Robert T. Sing, Esquire, ID No. 327571
                                                        *Attorney for Pottsville Defendants*
                                                        941 Pottstown Pike, Suite 200
                                                        Chester Springs, PA 19425
                                                        (P): 610.321.5500 (F): 610.321.0505
                                                        embrown@sianalaw.com